UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------- x
AIRTOURIST HOLDINGS, LLC, JASON CHEN,   :
and EDGAR PARK.                         :
                                        :   ORDER
                                        :
                                        :   21 Civ. 7875 (AKH)
                       Petitioners,     :
                                        :
        -against-                       :
                                        :
                                        :
                                        :
CITIBANK, N.A., et al.,                 :
                                        :
                       Respondents.     :
-------------------------------------------------------------- x
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

On November 30, 2021, Respondent Charles Mobus moved to intervene in this case. ECF No. 21. He did so because at the proceedings on November 17, 2022 I stated that such a motion was necessary. *See* Conf. Tr., ECF No. 31. Petitioners state that they "do not oppose Mobus' right to intervene as a matter of law" and only oppose "challenge to Petitioners' application for attorneys' fees." Op. Br., ECF No. 27, at 5.

Because the motion is unopposed and Mobus satisfies the requirements of Federal Rule of Civil Procedure 24(a)(2), the motion to intervene is granted. *See D'Amato v. Deutsche Bank*, 236 F.3d 78, 84 (2d Cir. 2001). The Clerk shall terminate ECF No. 21.

SO ORDERED.

Dated:  May 26, 2022                   __/s/ Alvin K. Hellerstein_____
        New York, New York             ALVIN K. HELLERSTEIN
                                       United States District Judge