UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
:
:
AIRTOURIST HOLDINGS, LLC, JASON CHEN, :   **ORDER CLOSING CASE**
and EDGAR PARK,                       :
                                      :   21 Civ. 7875 (AKH)
                      Petitioners,    :
                                      :
     -against-                        :
                                      :
CITIBANK, N.A. and CHARLES MOBUS,     :
                                      :
                      Respondents.    :
---------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Petitioners instituted this turnover action on September 21, 2021 through a petition seeking funds held in Respondent Charles Mobus' accounts at Respondent Citibank. On November 17, I held a hearing and granted the application for a turnover order and denied Petitioners' request for attorneys' fees. On January 19, 2022 I issued an order directing Citibank to turn over all non-exempt funds related to Mobus. *See* ECF No. 38. On June 2, 2022 I denied Petitioners' motion to reconsider the denial of the request for attorneys' fees. *See* ECF No. 45

        All issues have now been decided and there is no longer a case or controversy before me. Accordingly, the case is dismissed and the Clerk shall mark the case closed.

        SO ORDERED.

Dated:    June 3, 2022                      __/s/ Alvin K. Hellerstein____
            New York, New York        ALVIN K. HELLERSTEIN
                                             United States District Judge